UNITED STATES
U.S. District Court EASTERN
DISTRICT COURT OF MICHIGAN

Carnell M. McCreary-EL,
Et al,
Petitioner - Natural Person,

Case NO.
HON.

V.

STATE OF Michigan,
Cathy M. Garrett
Lisa Denise Peterson,
Dwayne B. Seals
Wayne County Clerk's.

Case: 2:23-cv-12100
Judge: Grey, Jonathan J.C.
MJ: Grand, David R.
Filed: 08-15-2023 At 03:40 PM
PET MCCREARY-EL V. STATE OF MICHIGAN ET AL (DA)

## PETITION FOR CIVIL ACTION 42 U.S.C. 1983

Now Comes Carnell M. McCreary EL (Petitioner) A Natural Person and Respectfully Request the Above and below Relief And So Request's that this Honorable Court certify this Case as a Class Action For these Reasons;

1.) On or About August 14, 2023 while I was So Exercising my 1st Amendment said Right to Petition the said Wayne County 3rd Circuit Court Criminal Division. In my said Criminal Court Case in Michigan V. Carnell M. McCreary, Case NO. _____,

2.) Cathy M. Garrett, via Her Agent Lisa Denise Peterson (Defendant-Peterson) Did Deny me my Right Right to File Defense

1.

● Motions etc. By Telling me they Do Not allow the Public to File Paper Pleading anymore but only Prisoners who Cannot File in Person.

3.) I Did Inform Defendant Peterson that She is violating my Procedural & Substantive Due process Rights to File my said Pleading's In Person as Mandated, that they Are violating my Right to Petition the said Government For a Redress of Grievance's etc And Refused to File my Pleading's.

4.) I Informed Defendant Peterson that She is violating my Federal Constitutional Right's And Asked Her Is this a Policy that is (cm) Allowing Her to Do what She is
● Doing She said "No" And I told Her that this a Custom which violates my Right's And that I would Sue Her She told me to Do what I Have to Do.

5.) Petitioner Say's that this custom violates my Right And All State & Wayne County Citizens Right's to the Equal Protection of the Law, Because to allow Convicted Citizens the Right to File Paper Copies and Not the Free general NON-Convicted Person's being Natural Person's the Right is an equal Protection Right's violation.

6.) The Custom of telling the Free Public to E. File only, Discriminates Because Some Citizens Are Not Computer Literate, or the Elderly
● Disabled Etc are Not Competent to use this UnLawful Custom Procedure Not Sanctioned via the Procedural & Substan—

2.

● tive Due Process Rule's Established by the Michigan Supreme Court.

7. My Cousin Shaka Wilson, was also Denied Her Right as well Complained of by the Said Defendant's, And ask that this Said Honorable Court Classify this as a Class Action.

8.) Shaka Wilson was Also Denied by Dwayne B. Seal's the Right to Paper File a Pleading in the Civil Division in the Said Wayne County Civil Clerks Office Based on this Same Custom, Dwayne B. Seal's (Defendant-Seals), Did Use this Custom which Denies All citizen's Right's of Access to the Courts.

9.) I go to Court August 17, 2023, and on August 14, 2023 I was Denied My Right to File my Defense Motion as a Whole.

10.) In 2023 The State of Michigan Did enforce MCL 600.2950 & MCL 600.2950a, being Un-constitutional and I Request that this Honorable Court Hold these statutes to be Void Ab initio.

## A- Access to the Court's

10.) The above Cathy M. Garrett via Her Agent's Did Deny me Access to the Court to Petition the Government For a Redress of Grievances in Violation of:

1.) U.S. Const. Amends 1, 14; And to the Said Procedural & Subtantive Dueprocess, <u>Johnson v. Avery</u>, 89 S.Ct. 747 (1969) also see

3.

- <u>Lewis</u> v. <u>Casey</u>, 518 U.S. 343, 350 (1996).

### B.) Procedural & Substantive Due Process violation's

11.) The above action's violate my said Procedural & Substantive Due Process Rights in violation of <u>U.S. Const. Amends 14</u>; and <u>Pittsley v. Warish</u>, 927 F.2d 3, 6-9 (1st Cir. 1991).

### C.) Equal Protection Violation

The above violate's the Equal Protection Clause of <u>U.S. Const. Amend 14</u>; <u>Malbert v. Michigan</u>, 545 U.S. 605 (2005)

### D.) <u>MCL 600.2950 & 600.2950a</u>

Are unconstitution via <u>Deshaney v. Winnebaga Department of Social Services</u>, 489 U.S. 189 (1989); ~~Deshaney~~ (sm) <u>Foy v. City of Berea</u>, 58 F.3d 227 (6th Cir. 1995).

Wherefore without further Relief Petitioner Request the above Relief.

Respectfully Submitted
By: Carnell McCreary El
Mr. Carnell M. McCreary El
14739 Molmur, Det, Mich - 48238

4.

Defendants Cathy M. Garret
Lisa Denise Peterson
Dwayne B. Seals
Wayne County Clerks Office
1441 St. Antoine, Room 912
Frank Murphy Hall of Justice
Detroit, Michigan - 48226

State of Michigan
430 W. Allegan St.
Richard H. Austing Bldg - 4th Floor
Lansing, Michigan - 48918

5.