UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARNELL M. McCREARY-EL,

    Plaintiff,

v.

STATE OF MICHIGAN; CATHY M. GARRETT, LISA DENISE PETERSON, DWAYNE B. SEALS, and WAYNE COUNTY CLERK'S OFFICE.

    Defendants.
_____/

Case No. 23-12100
Hon. Jonathan J.C. Grey

## **JUDGMENT**

The above-entitled matter having come before the Court on a pro se civil rights complaint, the Honorable Jonathan J.C. Grey, United States District Judge, presiding, and in accordance with the Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that McCreary-El's civil rights complaint is **DISMISSED WITH PREJUDICE**.

Dated: September 5, 2024    **s/Jonathan J.C. Grey**
                                       JONATHAN J.C. GREY
                                       United States District Judge

<u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 5, 2024.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager